# EXHIBIT A



Client No. 13807370

# EXCLUSIVE LABORATORY SERVICES AGREEMENT

This Exclusive Laboratory Services Agreement (this "Agreement") is entered into by and between Antech Diagnostics, Inc., ("Antech Diagnostics"), and Practice Owner listed below ("Practice Owner") as of the Effective Date (as defined below) with respect to each Practice listed below (the "Practice(s)"). This Agreement shall consist of this cover page, the attached terms and conditions (the "Standard Terms and Conditions") and all annexes, exhibits, schedules and attachments referred to herein and therein.

| | | |
|---|---|---|
| **Parties:** | Antech Diagnostics:<br>Address:<br>Attention: | Antech Diagnostics, Inc.<br>17672 Cowan Ave., Irvine, CA 92614<br>Contracts Department |
| | Practice Owner(s):<br>Address: | Dr. David Carter<br>13694 N. Meridian Street<br>Carmel, IN 46032 |
| | Telephone:<br>Facsimile:<br>E-mail: | 317-844-6868<br>317-844-6225<br>cartervetmedcenter@gmail.com |
| | Practice(s):<br>Address: | Carter Veterinary Medical Center<br>13694 N. Meridian Street<br>Carmel, IN 46032 |

(attach additional pages to this cover page as necessary to include all covered Practices)

## AGREEMENT

**Effective Date:** 7/1/2014

**Term:** Five (5) years (the "Initial Term") commencing on the Effective Date, or, if the Effective Date does not fall on the first day of the month, the first day of the month immediately following the Effective Date. The Term of this Agreement shall automatically renew at the end of the then current Term as set forth in the attached Standard Terms and Conditions.

**Loyalty Commitment:** As an incentive for Practice Owner to enter into this Agreement for the Initial Term, subject to the terms and conditions of this Agreement, Antech Diagnostics will provide to Practice Owner the incentives identified below and/or in any additional annexes attached hereto (the "Incentives").

Practice Owner's right to the Incentives, including continued access to the Incentives, is expressly conditioned on Practice Owner complying with the Annual Minimum Fees and Exclusivity requirements set forth below and the other terms and conditions of this Agreement.

**Annual Minimum Fees:** In consideration of the Incentives provided pursuant to this Agreement, Practice Owner agrees to purchase, after application of all discounts and credits, veterinary diagnostic laboratory services ("Laboratory Services") from Antech Diagnostics in an aggregate amount of not less than $36,000.00 per "Contract Year" (i.e., the 12-month period beginning on the Effective Date and each anniversary of the Effective Date, or, if the Effective Date does not fall on the first day of the month, the first day of the month immediately following the Effective Date) (the "**Annual Minimum Fees**").



Client No: 13807370

**Exclusivity:** During the Term, Practice Owner agrees to cause all Laboratory Services that are to be performed for or on behalf of the Practices(s), to be performed by a veterinary diagnostic laboratory owned or operated by Antech Diagnostics (an "Antech Diagnostics Lab"). Notwithstanding the foregoing: (i) the Practice(s) may use non-Antech Diagnostics veterinary diagnostic laboratories provided the fees paid to such non-Antech Diagnostics veterinary diagnostic laboratories in the aggregate during each Contract Year are less than 20% of all fees paid by or on behalf of the Practice(s) for veterinary laboratory services during that Contract Year; (ii) the Practices(s) may use a non-Antech Diagnostics veterinary diagnostic laboratory to perform any services that an Antech Diagnostics Lab cannot perform; and (iii) to the extent so equipped, the Practice(s) may use laboratory equipment owned and operated by Practice Owner and located on the premises of the Practice(s).

By signing below the parties agree to all the terms and conditions of this Exclusive Laboratory Services Agreement, the attached Standard Terms and Conditions and all annexes and attachments referred to herein. Nothing herein shall apply to Antech Imaging Services provided by Antech Diagnostics or its affiliates. This Agreement is not binding on Antech Diagnostics until executed below by an authorized representative of Antech Diagnostics.

| ANTECH DIAGNOSTICS, INC. "Antech" | DR. DAVID CARTER "Practice Owner" |
|---|---|
| By: _[signature]_ | By: _[signature]_ |
| Name: JOSEPH J LEETH DVM | Name: Dr. David Carter |
| Title: VICE PRESIDENT | Title: Owner |
| Date: 6-19-14 | Date: 6-30-14 |

ANTECH DIAGNOSTICS
_[signature]_

Antech Diagnostics
October 2013 Version
Page 2 of 4

**ANTECH**
D I A G N O S T I C S

Client No. 13807370>

# EXCLUSIVE LABORATORY SERVICES AGREEMENT
## STANDARD TERMS AND CONDITIONS

1. **General.** The Exclusive Laboratory Services Agreement, between Antech Diagnostics and Practice Owner, including all annexes, exhibits, schedules and attachments hereto and thereto and these standard terms and conditions (these "**Terms and Conditions**"), shall be referred to as the "**Agreement**." Capitalized terms used but not defined in these Terms and Conditions have the same meanings given in the Agreement.

2. **Laboratory Services.** All Laboratory Services provided by Antech Diagnostics pursuant to this Agreement are provided in accordance with and subject to all terms and conditions set forth in the ANTECH® Service Directory in effect at the time the Laboratory Services are performed. In the event of any conflict between this Agreement and the ANTECH® Service Directory, this Agreement shall control.

3. **Term.** The initial term of this Agreement is as set forth on the cover page (the "**Initial Term**"). This Agreement shall automatically renew for an additional 24 month period (the "**Renewal Term**") upon the expiration of the Initial Term or any Renewal Term, unless written notice is given of a party's intent to terminate this Agreement at least 12 months prior to the end of the then current Term. The terms of any Annex shall not renew, unless the Annex specifically states that it automatically renews.

4. **Payment Terms.** Payment in full for Laboratory Services shall be made by Practice Owner within twenty (20) days after receipt of invoice. Any amount owed by Practice Owner beyond the date such amount became due and payable shall accrue a late charge at a rate of 1.5% per month (18% per year), or the maximum rate provided by law, whichever is less. Practice Owner shall pay all collection costs incurred by Antech Diagnostics in connection with this Agreement including, but not limited to, collection agency fees, reasonable attorneys' fees and court costs. Additionally, if Practice Owner is delinquent in paying any amount owed to Antech Diagnostics, then in addition to any other rights and remedies available to Antech Diagnostics under law, in equity, or under contract, Antech Diagnostics may by notice to Practice Owner, suspend provision of the Services until all outstanding amounts, including any applicable late charges, are paid in full.

5. **Intentionally omitted.**

6. **Pricing.** The prices charged for Laboratory Services shall be as set forth on Antech Diagnostics' Fee Schedule, as modified from time to time for its customers generally, and in effect at the time the Laboratory Services are performed. Practice Owner is responsible for, and shall pay, all taxes and fees imposed or levied by any governmental authority with respect to this Agreement and the Laboratory Services provided pursuant hereto, other than taxes based on Antech Diagnostics' net income.

7. **Confidential Information.** Without the prior written consent of a duly authorized representative of Antech Diagnostics, except as required by law or judicial process, Practice Owner shall not, and Practice Owner shall cause its officers, directors, employees, representatives and affiliates not to disclose to any third party any terms of this Agreement or any pricing information related to the Laboratory Services provided hereunder. A breach of any of the promises or agreements contained in this Section will result in irreparable and continuing damage to Antech Diagnostics for which there will be no adequate remedy at law, and Antech Diagnostics shall be entitled to injunctive relief and/or a decree for specific performance in addition to any other remedy to which it may be entitled.

8. **Termination by Antech Diagnostics; Remedies.** The occurrence of any one of the following events shall constitute an event of default by Practice Owner (each an "**Event of Default**"): (i) Practice Owner fails to satisfy the Annual Minimum Fees obligation set forth in the Agreement; (ii) Practice Owner is in material breach of its obligations under this Agreement (other than (A) the Annual Minimum Fees obligation or (B) the payment obligations of Section 4), including without limitation the exclusivity or confidentiality obligations set forth herein and fails to cure such default within thirty (30) days following notice thereof from Antech Diagnostics; or (iii) Practice Owner fails to pay any amounts pursuant to this Agreement in accordance with the terms hereof and Practice Owner fails to cure such default within twenty (20) days following notice thereof from Antech Diagnostics.

Upon an Event of Default set forth in clause (i) of the previous sentence, Antech Diagnostics as its sole remedy, may upon written notice delivered not more than 120 days following the end of the applicable Contract Year, declare the amount of any (x) Incentives previously paid, credited or provided to Practice Owner (including, without limitation the value of any credits provided to Practice Owner), less the pro-rated value of any Incentives attributable to the full Contract Years prior to the Contract Year in which such Event of Default occurs, and (y) unpaid amounts for Laboratory Services performed, to be immediately due and payable to Antech Diagnostics; provided, however, that if Practice Owner has failed to satisfy at least 50% of the Annual Minimum Fee obligation for such Contract Year, Antech Diagnostics may in its sole discretion, in addition to payment of the amounts specified above, terminate this Agreement which termination shall be effective upon delivery of the written notice set forth above.

Upon any other Event of Default, Antech Diagnostics may, in addition to any other remedy to which it may be entitled pursuant to this Agreement or at law or in equity, (x) declare the amount of any (1) Incentives previously paid, credited or provided to Practice Owner (including, without limitation the value of any credits provided to Practice Owner), and (2) unpaid amounts for Laboratory Services performed, to be immediately due and payable to Antech Diagnostics, and/or (y) terminate this Agreement, which termination shall be effective immediately upon delivery of written notice to Practice Owner. Except as expressly set forth herein, nothing herein shall be considered an election of remedies or a waiver of the right to pursue any other right or remedy to which Antech Diagnostics may be entitled.

Practice Owner's Initials

Antech Diagnostics
October 2013 Version
Page 3 of 4

**ANTECH**
DIAGNOSTICS

Client No. 138073762

9. **Limitations of Liability.** THESE TERMS AND CONDITIONS SUPERSEDE ANY PRIOR AGREEMENTS OR REPRESENTATIONS, INCLUDING REPRESENTATIONS MADE IN ANY ANTECH DIAGNOSTICS' SALES LITERATURE OR ADVICE GIVEN TO YOU BY ANTECH DIAGNOSTICS OR AN AGENT OR EMPLOYEE OF ANTECH DIAGNOSTICS, IN CONNECTION WITH YOUR EXECUTION OF THIS AGREEMENT. TO THE FULLEST EXTENT ALLOWED BY APPLICABLE LAW, IN NO EVENT SHALL ANTECH DIAGNOSTICS BE LIABLE FOR DIRECT, INDIRECT, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES, WHETHER BASED ON CONTRACT, TORT, OR ANY OTHER LEGAL THEORY AND WHETHER ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

10. **Governing Law; Venue.** This Agreement is to be governed by and construed in accordance with the internal laws of the State of Indiana, without giving effect to any choice of law or conflict of law provision or rule (whether of the State of Indiana or any other jurisdictions) that would cause the application of the laws of any jurisdictions other than the State of Indiana. Each of the parties hereto hereby irrevocably consents and submits to the exclusive personal jurisdiction of United States District Courts for the Southern District of Indiana (or, in the event such courts lack subject matter jurisdiction, the courts of the State of Indiana situated in Marion County) over any suit, action or proceeding. If any party commences any proceedings with respect to this Agreement the prevailing party in such litigation or other proceeding shall be entitled to recover from the other party all costs of the proceedings, including reasonable costs, attorney fees, professional fees and other expenses incurred by such prevailing party in such proceeding.

11. **Severability.** If any provision of this Agreement is invalid or unenforceable under any statute, regulation, ordinance, executive order or other rule of law, such provision will be deemed reformed or deleted, as the case may be, but only to the extent necessary to comply with such statute, regulation, ordinance, order or rule, and the remaining provisions of this Agreement will remain in full force and effect.

12. **Waiver.** No failure and no delay in exercising, on the part of any party, any right under this Agreement will operate as a waiver thereof, nor will any single or partial exercise of any right preclude the further exercise of any other right. No course of dealing or course of performance may be used to evidence a waiver or limitation of Practice Owner's obligations under this Agreement.

13. **Notices.** All notices, requests, demands, claims and other communications hereunder will be in writing. Any notice, request, demand, claim or other communication hereunder will be deemed duly given if it is sent by registered or certified mail, return receipt requested, postage prepaid, and addressed to the intended recipient at the address set forth next to such recipient on the cover page hereto.

14. **Amendments and Assignments.** This Agreement may be amended only by a written agreement executed by all of the parties to this Agreement. Antech Diagnostics may assign its rights and obligations under this Agreement without Practice Owner's prior written consent. Practice Owner may not assign its rights and obligations under this Agreement without the prior written consent of Antech Diagnostics; *provided, however*, that Practice Owner may assign this Agreement without Antech Diagnostics' prior written consent to any person or entity that acquires all or substantially all of the assets of the Practice(s) (whether by way of sale of stock, assets, merger or otherwise), provided that any such assignee shall deliver to Antech Diagnostics a written assumption of all obligations and liabilities of Practice Owner under this Agreement. This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective successors and permitted assigns.

15. **Force Majeure.** Antech Diagnostics shall not be liable for any failure to perform caused by or in any manner arising from fires, floods, accidents, riots, acts of God, war, governmental interference or embargoes, strikes, labor difficulties, any shortage of labor, fuel, power, materials or supplies, transportation delays, delays in deliveries by Antech Diagnostics' vendors or any other cause or causes (whether or not similar in nature to any of these hereinbefore specified) beyond Antech Diagnostics' control.

16. **Entire Agreement.** The Agreement, these Terms and Conditions, and all annexes, exhibits, schedules, and attachments referred to herein, constitute the entire understanding and agreement of the parties hereto relating to the subject matter hereof and thereof, and supersede any prior or contemporaneous statements, understandings or agreements. Any term of any purchase order or other document that Practice Owner provides to Antech Diagnostics that is any way inconsistent with or in addition to the terms set forth herein will not become a part of the contract between Practice Owner and Antech Diagnostics or be binding in any way on Antech Diagnostics.

17. **Survival.** All provisions of this Agreement, including, without limitation Sections 7 through 17, that either expressly by their terms survive or, by their nature are to survive or come into or continue in force and effect after the expiration or termination of this Agreement shall remain in effect and be enforceable following such expiration or termination.

*[Practice Owner's Initials]*

Antech Diagnostics
October 2013 Version
Page 4 of 4

Jul 01 14 07:02a    Carter Veterinary Med Ctr    3178446225    p.5



Client No. 13807370-

# ANNEX

## PRICING AND DISCOUNTS

1. **General.** The Exclusive Laboratory Services Agreement, between Antech Diagnostics, Inc. ("Antech Diagnostics"), and Practice Owner, including all annexes, exhibits, schedules, and attachments thereto and hereto, shall be referred to as the "**Agreement**." Capitalized terms used but not defined in this annex shall have the same meanings given in the Agreement.

2. **Pricing.** The prices charged for Laboratory Services shall be as set forth on Antech Diagnostics' Fee Schedule, as modified from time to time for its customers generally, and in effect at the time the Laboratory Services are performed, subject to any discounts or special pricing identified below.

3. **Trade Discounts.**

    a. As an additional incentive for Practice Owner to enter into the Agreement, subject to the terms and conditions of the Agreement, each billing period Antech Diagnostics will provide Practice Owner a fifty-one percent (51%) trade discount ("**Trade Discount**") off the Full Invoiced Amount (as defined below) for Laboratory Services for such billing period less any Excluded Items (as defined below) and after application of any credits and other discounts.

    b. "**Full Invoiced Amount**" means the amount billed to Practice Owner prior to the application of any credits or discounts.

    c. The Trade Discounts shall not be applied to the following items (the "**Excluded Items**"): (i) "Special Pricing" items; (ii) Fast Panel and other PCR Profiles; (iii) Cardio BNP; (iv) urine microalbumin; (v) ACCUPLEX™; (vi) tests and panels categorized as biopsies; (vii) tests and panels categorized as cytologies; (viii) fecal testing; (ix) non-Antech reference testing (i.e., those diagnostic tests that Antech Diagnostics must refer to a university or other specialty laboratory); (x) all diagnostic tests first offered by Antech Diagnostics after the Effective Date; and (xi) all non-test charges or fees (e.g., bio-hazard processing fees, transportation fees, tube costs, etc.).

    d. The Trade Discount will only be applied to invoices for those billing periods in which Practice Owner's account with Antech Diagnostics is in good standing.

    e. The Trade Discount in effect as of the date immediately prior to the commencement of any Renewal Term shall automatically renew upon commencement of a Renewal Term.

4. **Special Pricing.** As an additional incentive for Practice Owner to enter into the Agreement for the Initial Term, Practice Owner shall be charged for the Laboratory Services identified on the attached Special Pricing Schedule as specified ("**Special Pricing**"). The Special Pricing Schedule, may be modified from time to time by Antech Diagnostics. The Special Pricing in effect as of the date immediately prior to the commencement of any Renewal Term shall automatically renew upon commencement of a Renewal Term.

5. **Annual Cap on Price Increases.** Notwithstanding anything to the contrary in this Agreement, the prices charged Practice Owner for Laboratory Services shall not increase by more than five percent (5%) in any Contract Year.

X /s/ DAC
Practice Owner's Initials

Antech Diagnostics
October 2013 Version



Client No. 13807570>

## SPECIAL PRICING
## SCHEDULE

| Unit Code | Description | Special Price |
|---|---|---|
| T805 | Fecal O&P With Centrifugation | $10.00 |
| T808 | Fecal O&P with Giardia ELISA | $15.75 |
| FBX | Full Written Histopath | $44.00 |
| CYTO | Cytology | $38.50 |
| AC100 | Accuplex 4 | $13.95 |

Practice Owner's Initials

Antech Diagnostics
October 2013 Version